## Commonwealth *v.* Shaffer, Appellant.

Argued March 9, 1970. *Gerald E. Ruth*, Public Defender, for appellant; *Jan M. Wiley*, Assistant District Attorney, with him *Harold N. Fitzkee, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Siegrist, Appellant.

Submitted March 16, 1970. *Frederick S. Wolf*, Assistant Public Defender, for appellant; *George E. Christianson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted March 16, 1970. *John McCrea, III*, and *McCrea & McCrea*, for appellant; *Harold E. Sheely*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.